UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| and PAT CARDEN, | ) | |
| Revenue Officer of the | ) | |
| Internal Revenue Service, | ) | |
| | ) | |
| Petitioners, | ) | No. 3:09-mc-14 |
| | ) | |
| v. | ) | |
| | ) | |
| RALPH CRAIG SWEAT, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER TO SHOW CAUSE

Upon the Petition to Enforce the Internal Revenue Service Summons and the exhibits attached thereto, including the Declaration of Revenue Officer Pat Carden,

**IT IS HEREBY ORDERED**:

(1) that the respondent, Ralph Craig Sweat, appear before the United States District Court for the Eastern District of Tennessee, Northern Division, for a hearing on May 28, 2009, beginning at 1:00 o'clock, p.m., at the Howard H. Baker United States Courthouse, Courtroom 1A, 800 Market Street, Knoxville, Tennessee, to show cause why he should not be compelled to obey the Internal Revenue Service summons served upon him on January 14, 2008.

(2) that at the hearing, respondent, Ralph Craig Sweat, show cause why he should not be required to give testimony to the IRS, as well as produce and permit the copying of all documents responsive to the requests set forth in the summons served upon him on January 14,

2008.

       (3) that a copy of this Order to Show Cause, together with the petition, exhibits and declaration attached thereto, be personally served upon the respondent, Ralph Craig Sweat, by the United States Marshal at least thirty (30) days prior to the date assigned for the hearing.

       (4) that within ten (10) days of the service of copies of this order, the petition, exhibits, and declaration, the respondent shall file and serve a written response to the petition, supported by appropriate affidavits, as well as any motions the respondent desires to make. **Only those issues raised by motion or brought into controversy by the responsive pleadings, and supported by affidavit(s), will be considered.**

       **IT IS SO ORDERED**:

                                    ENTER:

                                      s/ Leon Jordan
                                    United States District Judge